UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEROY COLLINS,<br><br>　　　　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:16-cv-01090-GMN-VCF<br><br>ORDER |

　　　Petitioner Leroy Collins has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1).  However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee.  Accordingly, this matter has not been properly commenced.  28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

　　　The court notes that it is unclear from the papers presented whether Collins has exhausted his available state remedies.  A federal court will not grant a state prisoner's petition for habeas relief until the prisoner has exhausted his available state remedies for all claims raised.  *Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b).  A petitioner must give the state courts a fair opportunity to act on each of his claims before he presents those claims in a federal habeas petition.  *O'Sullivan v. Boerckel*, 526 U.S. 838, 844 (1999); *see also Duncan v. Henry*, 513 U.S. 364, 365 (1995).  A claim remains unexhausted until the petitioner has given the highest available state court the opportunity to consider the claim through direct appeal or state collateral review

proceedings.  *See Casey v. Moore*, 386 F.3d 896, 916 (9th Cir. 2004); *Garrison v. McCarthey*, 653 F.2d 374, 376 (9th Cir. 1981).

It is also unclear from the papers presented whether a dismissal without prejudice could materially affect a later analysis of any timeliness issue with regard to a new federal action.  Therefore, Collins shall have thirty (30) days from the date of this order to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.  Failure to do so may result in the dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this order petitioner shall submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

DATED: 11 October 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT