UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEROY COLLINS,<br><br>　　　　　　　Petitioner,<br>　　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:16-cv-01090-GMN-VCF<br><br>ORDER |

This is a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). On October 13, 2016, this court directed petitioner Leroy Collins to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis*. Petitioner seeks additional time to allow the Nevada Department of Corrections to process the filing fee. Good cause appearing,

**IT IS ORDERED** that petitioner's affidavit/motion for extension of time (ECF No. 3) is **GRANTED**. Within **thirty (30) days** of the date of this order petitioner shall submit the $5.00 filing fee.

DATED: 23 November 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1